Case 1:25-mj-00097-MJS     Document 1-1

Case: 1:25-mj-00097
Assigned To: Judge Sharbaugh, Matthew J.
Assign. Date: 5/30/2025
Description: COMPLAINT W/ARREST WARRANT

**STATEMENT OF FACTS**

1. On April 29, 2025, at approximately 3:26 AM, law enforcement responded to Mac's Tire Service located at 423 Florida Avenue NE, Washington, DC in reference to a reported armed robbery of an establishment. A store employee of Mac's Tire Service reported that the store had just been robbed by two armed unidentified subjects.

2. Law enforcement obtained surveillance footage of the offense and interviewed two employees, CW1 and CW2, who were both eyewitnesses to the robbery. CW1 was seated in an office monitoring video surveillance of the establishment. CW2 was seated in the garage when he was approached by the unknown subjects. CW1 and CW2 were interviewed and stated that two armed unidentified subjects entered the business from the Florida Avenue entrance to the garage. CW2 was seated in the garage when Subject 1 and Subject 2 entered. Both individuals were armed with firearms, Subject 2 was in possession of what appeared to be a black rifle with a tan magazine seated into the well of the weapon and Subject 1 was armed with a black handgun. Subject 1 demanded CW2 take them to the cash register room. Subject 1 threatened to shoot CW2. The two unidentified subjects then led CW2 to the cash register room at gunpoint and demanded that CW2 open the cash register. CW2 stated he didn't handle the money and didn't know how to work the cash register. The unidentified subjects then led CW2 into a room behind the cash register room that contains new tires. CW2 was then led back to the cash register room and Subject 1 told CW2 to get down or he would be shot. CW2 then crouched down and alleged Subject 2 used force on the cash register until he was able to open it. Subject 2 then stole approximately $400-500 from the register and picked up a box with unknown contents off the ground. The unidentified subjects then fled the establishment on foot, exiting again onto Florida Avenue, Northeast. CW2 observed the unidentified subjects walking southeast on Florida Avenue NE and then south on the 1200 block of 5th Street NE on the establishment's security monitor. CW2 then went out the back right corner of the establishment, retrieved his cell phone, and called 911 at 3:19 AM. CW2 is confident he could identify Subject 1 if he saw him again. The employee advised that Subject 2 never said anything.

3.      From surveillance footage recovered in the 1200 block of 5th Street, Northeast it was observed that the suspect vehicle, a large black Lincoln Navigator with silver accents, arrived prior to this robbery and circled the block, passing the entrance to Mac's Tire Shop and eventually parked along the east curb in the 1200 block of 5th Street, Northeast, just north of M Street, Northeast. This vehicle was identified as the suspect vehicle after reviewing surveillance footage from the 1200 block of 5th Street, the 400 block of Florida Avenue, and the 400 block of M Street, Northeast. It should be noted that the surveillance footage located in the 1200 block of 5th Street, Northeast had a time stamp that was approximately four hours fast. The SUSPECT VEHICLE was observed to be a black in color older model Lincoln Navigator with silver trim, an unknown Maryland 'War of 1812' tags, a faded right rear taillight and a mark underneath of that right rear taillight.

4.      At approximately 3:00 AM (7:00 AM on surveillance footage) the SUSPECT VEHICLE can be observed traveling northbound in the 1200 block of 5th Street, Northeast. The SUSPECT VEHICLE is pictured below and was last observed approaching the intersection of 5th Street and Florida Avenue, Northeast.



5.      The SUSPECT VEHICLE is then observed making a left-hand turn into the 400 block of Florida Avenue, Northeast from a at surveillance camera located at 5th and Florida Avenue, Northeast. The SUSPECT VEHICLE then makes a left-hand turn and is observed traveling south in the 500 block of 4th Street, Northeast. As the SUSPECT VEHICLE passes this camera it was observed that the inside of the right rear taillight appeared inconsistent with the exterior of the right rear tale light and the entire let rear

taillight, appearing more dull. Additionally, there appeared to be a white mark underneath of the right rear taillight.



6.      The SUSPECT VEHICLE is then observed turning from the 400 block of M Street in to the 1200 block of 5th Street, Northeast where it parks on the east curb just north of M Street, Northeast, parking at approximately 3:03 AM (7:03 hours).

7.      At approximately 3:15 AM (7:15 hours) the SUSPECT VEHICLE's lights illuminate and Subject 1 and Subject 2 walk from the SUSPECT VEHICLE and across 5th Street to the west sidewalk where they continue to walk north toward Florida Avenue, and Mac's Tire Shop. Both Subject 1 and Subject 2 are wearing clothing consistent to those later observed on surveillance footage inside of Mac's Tire Shop.

8.      At approximately 3:16 AM, Subject 1 and Subject 2 are observed walking and turning into the 400 block of Florida Avenue, Northeast. Subject 1 and Subject 2 are then observed entering Mac's Tire Shop via the Florida Avenue entrance. Surveillance footage and victim statement reflects that the subjects appear as follows:

**Suspect 1**: Heavy set black male, approximately 5'9", black hoodie with strings, no mask, black pants, possible unknown tattoo or birthmark under right eye, armed with a handgun. **Suspect 2**: Slender black male, approximately 6'1", black hoodie, black pants, armed with a rifle.

 

9. Subject 1 approaches CW1, who is seated in a chair, Subject 1 has what appears to be a black in color semi-automatic handgun with an extended magazine seated in the well of the weapon in his right hand. Subject 2 appears and stands next to Subject 1, Subject 2 is carrying what appears to be a black in color rifle with a tan magazine seated into the well of the weapon. At this time Subject 1 and Subject 2 begin to grab CW1 and bring him to his feet. Subject 2 then grabs CW1 by the shirt and forces him across the garage bay toward an office door on the opposite side of the garage.

10. Subject 1 and Subject 2 direct CW1 to an office where the cash register was located. CW1 crouches on the ground while Subject 2 is observed opening the cash register and taking U.S. Currency as well as a black a white box that was next to the cash register. Subject 1 stands next to CW1, and prior to leaving picks up a large dark colored box from under the surveillance camera monitor.

11. Subject 1 and Subject 2 then leave the office area and reenter the garage area and walk toward the Florida Avenue entrance. Subject 1 is observed carrying the large dark colored box that was removed from the office.

12. At approximately 3:19 AM, Subject 1 and Subject 2 are observed exiting the garage exit onto the south sidewalk in the 400 block of Florida Avenue and they begin to walk east toward 5th Street, Northeast. Subject 1 and Subject 2 turn right and walk into the 1200 block of 5th Street, Northeast along the west sidewalk toward the suspect vehicle.

13. At approximately 3:21 AM (7:20 am on surveillance footage) Subject 1 and Subject 2 again walk along the west side walk and in front of the surveillance camera that captures them walking south toward the SUSPECT VEHICLE. Subject 1 is observed carrying the large black box taken during the robbery. Subject 1 and Subject 2 then cross the street toward the SUSPECT VEHICLE, which was parked in the 1200 block of 5th Street, Northeast. The SUSPECT VEHICLE started, and its lights illuminated. The SUSPECT VEHICLE went into reverse, driving backwards onto M Street NE while facing eastbound. The SUSPECT VEHICLE pulled off, travelling eastbound on M Street NE. The SUSPECT VEHICLE turned right onto the 600 block of Florida Avenue NE travelling southeast.

14. At 3:25 AM, the SUSPECT VEHICLE was observed travelling eastbound on H Street NE and continuing onto Benning Road NE, coming from the direction of the robbery and last location the SUSPECT VEHICLE was observed at M Street and Florida Avenue, Northeast. The vehicle travelled to 3400 Benning Road NE and was again observed at the intersection of Anacostia Avenue NE and Benning Road NE at approximately 3:28 AM. The SUSPECT VEHICLE continued to travel eastbound.

15. In all of these camera views, the SUSPECT VEHICLE appears consistent in every way to when the SUSPECT VEHICLE was observed prior to and after the Armed Robbery at Mac's Tire Shop. Noting specifically, the right rear taillight being defective, the mark under the right rear tail light, silver vehicle trim and unknown Maryland 'War of 1812' tags.

16. The SUSPECT VEHICLE was tracked further down Benning Road passing through the intersection with East Capitol Street. The SUSPECT VEHICLE then passed into the 4500 block of Benning Road, Southeast continuing toward Southern Avenue. It was observed that while traveling on Benning Road, Southeast, a Washington Area Metropolitan Transit Authority (WMATA) bus was behind the vehicle as it continued to travel southeast on Benning Road. The WMATA bus was riding in the curb lane while the black SUV travelled in lane two. Both the SUSPECT VEHICLE and the WMATA bus took Benning Road SE to Southern Avenue SE and turned right onto the 4700 block of Southern Avenue SE. Both the SUSPECT VEHICLE and the WMATA bus continued on Southern Avenue SE in a southwest direction until the intersection with Pennsylvania Avenue SE. At this time, the WMATA bus turned onto

5

Pennsylvania Avenue SE while the suspect vehicle continued straight onto the 3900 block of Southern Avenue SE. Review of WMATA bus footage revealed the suspect vehicle appeared to have a broken right rear taillight covered with red tape and fellow law enforcement officers who reviewed the footage noted a silver hitch on the back of the vehicle as well as a circular object below the right tail light, as observed from surveillance footage from the area surrounding the robbery.



*Identification of the SUSPECT VEHICLE*

17. On May 1, 2025, video review of WMATA bus footage revealed SUSPECT VEHICLE that the unidentified subjects utilized to flee the scene of the robbery. Review of WMATA bus footage confirmed that the SUSPECT VEHICLE was a Lincoln Navigator and had a broken right rear taillight that appeared to be covered with red tape along with a silver hitch on the back of the vehicle and a circular mark under the right rear taillight. A Flock query of black Lincoln Navigators in the area resulted in a positive hit for a black Lincoln Navigator bearing Maryland tag ▓▓▓▓▓▓▓▓ This Navigator had a broken right taillight covered with red tape, silver hitch and a circular object (consistent with that of a United States Marine Corp

decal), below the right rear taillight, all of which are consistent with the unique identifiers observed on the SUSPECT VEHICLE in the WMATA bus footage.



18. DMV, NCIC, and other records checks had listed addresses of ███████████ ███████████████████████████████████ The registered owner of the vehicle was Charlene Harris Perry, date of birth ███████████ The vehicle was listed as a 2011 Lincoln Navigator with vehicle identification number (VIN) ███████████ (hereinafter referenced as SUSPECT VEHICLE).

19. Metropolitan Police Department (MPD) officers review of their systems revealed that the SUSPECT VEHICLE had frequently parked ███████████████████████████████, DC near the intersection of ███████████ in vicinity of Providence Place Apartments located at ███████████ ███████████



20.    Based on these facts, your Affiant believes that the SUSPECT VEHICLE was being occupied by the suspects to travel to and from the scene of the robbery. This is supported by the video surveillance reviewed an obtained that shows the SUSPECT VEHICLE arriving prior to robbery, both suspects exiting and reentering the SUSPECT VEHICLE before and after the robbery. Additionally, the SUSPECT VEHICLE is observed having the same distinctive features (i.e. unknown Maryland 'War of 1812' tags, defective right rear taillight and small mark under that right rear taillight). In support of this, the SUSPECT VEHICLE is observed parking and both Subject 1 and Subject 2 exit from this SUSPECT VEHICLE and are followed on surveillance footage as they travel on foot to commit this Armed Robbery at Mac's Tire Shop. After leaving the robbery Subject 1 and Subject 2 are observed walking back to the SUSPECT VEHICLE. Subject 1 and Subject 2 are observed on surveillance footage matching the same physical lookout and carrying proceeds from the robbery as they reenter the SUSPECT VEHICLE and flee the scene. The SUSPECT VEHICLE was followed by surveillance camera footage, again matching the unique vehicle identifiers, as the SUSPECT VEHICLE traveled from Northeast, Washington D.C. until it was last observed on Southern Avenue, Southeast where the unique identifiers were observed by WAMATA surveillance footage.

21. Through the course of this investigation, it was learned that the registered owner of the SUSPECT VEHICLE had a son that matches the physical description of Subject 1. The registered owners' son was identified to be Angelo Harris, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ hereafter referred to as SUSPECT HARRIS. Additional documents provided that the registered owner was actually SUSPECT HARRIS' aunt. SUSPECT HARRIS is a light skinned African American male, 6'3" in height, weighing approximately 220 pounds, which is consistent with the physical description of Subject 1 who was observed entering and exiting the SUSPECT VEHICLE before and after the Armed Robbery at Mac's Tire Shop. It should be noted that photographs obtained of SUSPECT HARRIS show a small 'teardrop' tattoo underneath the right eye of SUSPECT HARRIS. CW2 reported observing a small circular tattoo on Subject 1 during the robbery. Below are photographs of Subject 1, obtained from video surveillance during the robbery and a second photograph obtained of SUSPECT HARRIS from a MPDC database.

 

22. It was learned that SUSPECT HARRIS is currently under the supervision of Maryland Division of Parole and Probation through December 02, 2029. A further lookout into this matter showed that SUSPECT HARRIS had filed a transfer request to have his Maryland Parole Supervision transferred to CSOSA in Washington, D.C. This document was filed and approved on May 2, 2025.

23. On the document submitted it was learned that SUSPECT HARRIS provided that he wished to reside with his fiancé C.E., who currently resides at ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ the HARRIS' RESIDENCE. The document also provided phone number ▮▮▮▮▮▮▮▮ as a contact number under the employment section for SUSPECT HARRIS. Maryland Probation and Parole

confirmed that this phone number was utilized to contact SUSPECT HARRIS via text on April 9, 2025. On May 7, 2025, AT&T provided records for ▇▇▇ which revealed that the service for this number was canceled on April 22, 2025.

24. With this information law enforcement began surveillance of the HARRIS' RESIDENCE. As previously observed through a FLOCK query the SUSPECT VEHICLE was observed parked on May 1, 2025, at 6:25 AM in the ▇▇▇ in front of the HARRIS' RESIDENCE. While law enforcement was surveilling the HARRIS' RESIDENCE, Law Enforcement observed the SUSPECT VEHICLE driving in the vicinity of ▇▇▇ at approximately 4:30 PM on May 2, 2025. The driver of the vehicle appeared to be a lighter skinned, heavier-set African American male. On May 5, 2025, at approximately 9:00 AM, law enforcement observed the SUSPECT VEHICLE parked on the ▇▇▇. within approximately one block of HARRIS' RESIDENCE. On May 7, 2025, at approximately 8:44 AM, law enforcement observed the SUSPECT VEHICLE parked in the ▇▇▇ directly across from the entrance of ▇▇▇ the building containing the HARRIS' RESIDENCE.

25. On May 12, 2025, your affiant applied for and was granted a search warrant for the HARRIS' RESIDENCE (25-SW-132) and a vehicle tracker warrant (25-TW-8). On May 13, 2025, law enforcement executed both warrants. SUSPECT HARRIS was detained in the HARRIS' RESIDENCE and the tracker was placed on the vehicle as it was parked on Fitch Place, Northeast in vicinity of the HARRIS' RESIDENCE.

**Search of the HARRIS' RESIDENCE and Identification of the TARGET NUMBER**

26. During the subsequent search of the HARRIS' RESIDENCE, SUSPECT HARRIS verbally provided law enforcement with his phone number, ▇▇▇ the HARRIS' NUMBER, as part of obtaining biographical information for each person who was inside of the residence at the time of the search. C.E was also asked for biographical information, to include her phone number, ▇▇▇

27. A few minutes later, a law enforcement member of the search team was looking through some clothing on the table in the kitchen area, within the view of SUSPECT HARRIS. One of the pieces of clothing was an all-black Nike zip-up hoodie with a small Nike swoosh on the left chest. As the law enforcement member of the search team began to lift it up, SUSPECT HARRIS uttered, "That's mine". The law enforcement member of the search team left it in place for a photograph. As it was moved from the table for photographs and seizure, SUSPECT HARRIS spontaneously uttered, "That's my jacket. Why y'all taking that? What does that have to do with anything?" A law enforcement member of the search team also found a black facemask, over the head facemask made of cotton, with just a small hole for the face that was located on the same table as the black Nike jacket. As a law enforcement member of the search team was photographing and handling the mask, SUSPECT HARRIS stated, "That's my mask. I need that for work."

28. A short time later, two law enforcement members of the search team were discussing the items seized in reference to an MPD case related to HARRIS' RESIDENCE. A Kia key fob was mentioned as being seized. A law enforcement member of the search team asked C. Ervin if she owned a Kia vehicle. C. Ervin said she did not have a car, but her mother had a Kia vehicle and that her mother often gives her the extra key fob. A Ford vehicle key fob was also discussed, which C. Ervin stated was also an old car of her mother's. A law enforcement member of the search team asked, "Does someone drive a Lincoln?" SUSPECT HARRIS said, "I drive a Navigator. It's outside", in likely reference to the SUSPECT VEHICLE. SUSPECT HARRIS then indicated that his keys were "over there" in the area of the kitchen and not near where the other keys were found.

29. While leaving the scene, the HARRIS' NUMBER called the phone belonging to a law enforcement member of the search team. Once the law enforcement member of the search team answered, SUSPECT HARRIS said, "I got a missed call from this number." The law enforcement member of the search team explained that they called his number as well as C. Ervin's phone number to verify that they were the correct, working numbers. SUSPECT Harris acknowledged by saying "alright" and hung up. The HARRIS' NUMBER was then identified as HARRIS' DEVICE.

11

30.	As previously stated in paragraphs 22 and 23, according to Maryland probation records from May 2025, SUSPECT HARRIS recently requested to transfer his case to the Washington, DC Court Services and Offender Supervision Agency (CSOSA). The transfer request indicated that Harris plans to reside with his fiancé, C.E, at the HARRIS' RESIDENCE, and listed ▮▮▮▮▮▮▮▮ as the telephone number for C.E[1]. On May 13, 2025, law enforcement received records from T-Mobile for ▮▮▮▮▮▮▮▮ for the time period of January 1, 2025, through May 5, 2025 which showed that the HARRIS' NUMBER was in frequent contact with ▮▮▮▮▮▮▮▮ during this time period, including on the date of the TARGET OFFENSE.

**Search of HARRIS' RESIDENCE Also Reveals Clothing Consistent with That Worn by Robbery Subject 1**

31.	Also, during the search, several items of clothing matching items worn by Subject 1 were seized at the HARRIS' RESIDENCE including black shorts, two black facemasks, black Nike shoes size 11.5, a black Nike zip-up sweatshirt, a black Under Armour sweatshirt, and black Nike legging style pants. SUSPECT HARRIS said during the May 13, 2025, search of HARRIS' RESIDENCE that several of these items belonged to him, including the black Nike zip-up hoodie and black facemask. Below are surveillance camera photos of Subject 1 wearing these items of clothing along with photos of items seized at the May 13, 2025, search.

---

[1] This is the same number C.E. verbally provided law enforcement during the search of the HARRIS' RESIDENCE on May 13, 2025, as previously stated in paragraph 26.









### *Historical Cell Site Search Warrant and Return for HARRIS' DEVICE*

32.     On May 22, 2025, the United States District Court for the District of Columbia issued a search warrant, 25-SC-837, for T-Mobile historical cell site data for ▮▮▮▮▮▮▮▮▮▮, the telephone number belonging to SUSPECT HARRIS. On May 27, 2025, T-Mobile sent the historical cell site returns to the FBI. A preliminary analysis of the cell site returns revealed the following:

14

33. As depicted in Figure 1, historical cellular location data showed that on April 29, 2025, between 3:03 AM and 3:17 AM, HARRIS' DEVICE was in the vicinity of the HARRIS' RESIDENCE and where the SUSPECT VEHICLE was parked prior to the robbery.

*Figure 1 – Timing Advance Summary for ▮▮▮▮▮ between 3:03 AM and 3:17 AM on April 29, 2025*



34. As depicted in Figure 2, historical cellular location data also shows that on April 29, 2025, between approximately 3:22 AM and 3:30 AM, HARRIS' DEVICE was using cellular towers consistent with the travel of the SUSPECT VEHICLE following the Mac's Tires armed robbery.

15

*Figure 2 – Timing Advance Summary for* ▮▮▮▮▮▮ *between 3:22 AM and 3:30 AM on April 29, 2025*



35. On May 8, 2025, at approximately 1:15 PM, while conducting surveillance of the SUSPECT VEHICLE at the BP gas station located at 5207 Nannie Helen Burroughs Avenue NE, Washington, DC, your Affiant observed an individual who appeared to be SUSPECT HARRIS exiting the SUSPECT VEHICLE and entering the gas station. As depicted in Figure 3, historical cellular location data also shows that on May 8, 2025, at approximately 1:15 PM, HARRIS' DEVICE was in the vicinity of the aforementioned BP gas station, further validating that the HARRIS' NUMBER belongs to SUSPECT HARRIS.

*Figure 3 - Timing Advance Activity for* ▮▮▮▮▮▮ *at 1:15 PM on May 8, 2025*



36.     Finally, as depicted in Figure 4, on May 13, 2025 between approximately 6:37 AM and 8:00 AM, members of the FBI and MPD conducted a search of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, DC, HARRIS' RESIDENCE. Historical cellular location data shows that on May 13, 2025 between approximately 6:39 AM and 8:00 AM, HARRIS' DEVICE was in the vicinity of the HARRIS' RESIDENCE, further validating that the HARRIS' NUMBER belongs to SUSPECT HARRIS.

*Figure 4 - Timing Advance Summary for* ▮▮▮▮▮▮▮▮ *between 6:39 AM and 8:00 AM on May 13, 2025*



**<u>Summary of Evidence: HARRIS</u>**

37. On April 29, 2025, at approximately 3:16 AM, two armed men entered into *Mac's Tire Shop*, located at 423 Florida Avenue, Northeast, Washington, D.C. The two-armed suspects forced an employee at gunpoint into an office contained inside of the establishment and took U.S. Currency. The SUSPECT VEHICLE traveled to the area surrounding the robbery and parked on the 1200 block of 5th Street, Northeast at approximately 3:00 AM. The SUSPECT VEHICLE was observed on surveillance footage parking and staying in the 1200 block of 5th Street, Northeast until approximately 3:20 AM, when the vehicle is occupied by Subject 1 and Subject 2 before it flees the scene after the robbery. During the course of this investigation, the SUSPECT VEHICLE was identified and was also learned to be driven by HARRIS.

38. From the surveillance footage obtained inside of *Mac's Tire Shop*, it was learned that Subject 1 was consistent in height, weight, build and complexion to that of HARRIS. Additionally, it was learned that HARRIS has a small circular tattoo under the right eye, which was described by CW1 and observed on surveillance footage during the robbery.

39. A HARRIS' RESIDENCE was established for HARRIS and a search warrant was executed at the HARRIS' RESIDENCE. During the execution of this search warrant, which HARRIS was present for, clothing (i.e. black Nike hooded sweatshirt, black Nike sneakers, black shorts, black compression pants and a black ski mask) was observed to be consistent with those worn by Subject 1 during the robbery of *Mac's Tire Shop.* Additionally, while on the scene of the execution of the search warrant HARRIS' identified keys for a Lincoln Navigator as belonging to him, further stating the vehicle was outside. The color, make, model, and license plate number of the SUSPECT VEHICLE seen at the robbery location matches the Lincoln Navigator observed outside of the HARRIS' RESIDENCE which HARRIS identified as his. Lastly, HARRIS' provided and confirmed a phone number for HARRIS' DEVICE.

40. Your affiant then obtained historical cellular location data for HARRIS' DEVICE. After a review of that historical cellular location data, it was learned that HARRIS' DEVICE was present at the location of the robbery at *Mac's Tire Shop,* the path traveled after the robbery by the SUSPECT VEHICLE and was also present at the HARRIS' RESIDENCE where HARRIS was present.

## CONCLUSION

Based upon the foregoing, I respectfully submit that there is probable cause that **Angelo HARRIS** committed, violated 18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery and Conspiracy Thereof) and 18 U.S.C. § 924(c)(1)(A) (Using, Carrying, and Possessing a Firearm During a Crime of Violence).

Subscribed and sworn before me pursuant to Federal Rule of Criminal Procedure 4.1 by telephone on May 30, 2025.

_____
Honorable Matthew J. Sharbaugh
United States Magistrate Judge