AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

FID # 1050740

**RECEIVED**
By USMS District of Columbia District Court at 5:49 pm, May 30, 202...

| United States of America | ) |
|---|---|
| v. | ) Case: 1:25-mj-00097 |
| Angelo Harris | ) Assigned To: Judge Sharbaugh, Matthew J. |
|  | ) Assign. Date: 5/30/2025 |
|  | ) Description: COMPLAINT W/ARREST WARRANT |
| *Defendant* | ) |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* Angelo Harris,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1951(a) (Interference with Interstate Commerce by Robbery and Conspiracy Thereof);
18 U.S.C. § 924(c)(1)(A) (Using, Carrying, and Possessing a Firearm During a Crime of Violence).

Date: 05/30/2025

2025.05.30
15:33:26 -04'00'

*Issuing officer's signature*

City and state: Washington, D.C.

Matthew J. Sharbaugh, U.S. Magistrate Judge
*Printed name and title*

---

### Return

This warrant was received on *(date)* 6-10-25, and the person was arrested on *(date)* 6-10-25
(city and state) Washington, DC

Date: 6-10-25

*Arresting officer's signature*

SA/TFO Bryan L. Cross FBI    CR2
*Printed name and title*